UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL LEE JONES | CIVIL ACTION |
| VERSUS | NUMBER: 13-0056 |
| SHERIFF JERRY J. LARPENTER, ET AL. | SECTION: "C"(5) |

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint is dismissed with prejudice for failure to state a claim under 28 U.S.C. §1915(e)(2)(B)(2) and 42 U.S.C. §1997e(a).

New Orleans, Louisiana, this 8 day of May, 2013.

[signature]
UNITED STATES DISTRICT JUDGE